In re:

**James Thomas Jones and Melissa Anne Jones**
a/k/a Jamie Jones, Melissa Anne Milton Jones,
Melissa Milton Jones, Melissa A Milton
S.S. Nos.: xxx-xx-5204 and xxx-xx-3058
Mailing Address: 360 Seabiscuit Drive, Raeford, NC 28376-

Case No. 10-82106

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on November 17, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 3, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 11/3/10
**Lastname-SS#:** Jones-5204

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | SunTrust | | House & Lot |
| | GMAC | | 2005 Chevrolet Cobalt |
| | Chase | | 2004 Chevrolet Silverado |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | SunTrust | | | ** |
| | GMAC | | | ** |
| | Chase | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= $845 | $50,700 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$978** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **3.05** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Capital One
Post Office Box 85015
Richmond, VA 23285-5075

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Aafes
Post Office Box 15110
Wilmington, DE 19850

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

AHM
1220 Old Alpharetta Road
Alpharetta, GA 30005

Capital One
Post Office Box 85167
Richmond, VA 23285-5167

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AID Associates INC. dba
Plaza Recovery Associates
JAF Station PO Box 2769
New York, NY 10116-2769

Care Credit
c/o GE Money Bank
Post Office Box 981438
El Paso, TX 79998-1438

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Ally
Attn: Managing Agent
Post Office Box 380901
Minneapolis, MN 55438

Chase
Attn: Managing Agent
Post Office Box 901076
Fort Worth, TX 76101-2076

Experian
P.O. Box 2002
Allen, TX 75013-2002

Andreu, Palma & Andreu, PL
701 SW 27th Avenue
Suite 900
Miami, FL 33135

Chase Bank USA
201 North Walnut Street
Wilmington, DE 19801

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Best Buy
c/o HSBC
1405 Foulk Road
Wilmington, DE 19808

CitiBank
Post Office Box 6500
Sioux Falls, SD 57117-6500

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

BP/Chase
Cardmember Service
Post Office Box 15548
Wilmington, DE 19886-5548

CitiFinancial
3950 Regent Boulevard
S2A-283
Irving, TX 75063-2244

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

CACH, LLC
370 17th Street, Ste 5000
Denver, CO 80202

CitiFinancial
Bankruptcy Department
Post Office Box 140489
Irving, TX 75014-0489

College Foundation
2917 Highwoods Boulevard
Raleigh, NC 27604-1021

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402-6140

Dell
Post Office Box 81585
Austin, TX 78708-1585

Discover
c/o Smith Debnam Narron Drake Et. Al.
Post Office Box 26268
Raleigh, NC 27611-6268

Encore
Post Office Box 47248
Oak Park, MI 48237

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

GE Money Bank
Post Office Box 981127
El Paso, TX 79998-1127

GMAC
Attn: Managing Agent
Post Office Box 380902
Minneapolis, MN 55438-0902

Hoke County Tax Collector
Post Office Box 217
Raeford, NC 28376-0217

Hoke County Tax Collector
Attn: Managing Agent
Post Office Box 217
Raeford, NC 28376-0217

Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114-0326

Jacob Law Group, PLLC
Post Office Box 948
Oxford, MS 38655-0948

Lane Bryant
c/o WFNNB
Post Office Box 182273
Columbus, OH 43218

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

NCO Financial Systems Inc.
ATTN: 417
Post Office Box 7172
Dublin, OH 43017

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Old Navy
Post Office Box 981064
El Paso, TX 79998-1064

Sam's Club
Post Office Box 981064
El Paso, TX 79998-1064

Sec Credit
2623 West Oxford Loop
Oxford, MS 38655

SunTrust
Attn: Managing Agent
Post Office Box 6506
Englewood, CO 80155

Target National Bank
c/o Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581

The Children's Place Plan
Post Office Box 653054
Dallas, TX 75265

The Home Depot
Post Office Box 6497
Sioux Falls, SD 57117-6497

United Collection Bureau
5620 Southwyck Boulevard
Suite 206
Toledo, OH 43614

United Recovery Systems, Inc.
5800 North Course Drive
Houston, TX 77072-1613

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Department of Education
Post Office Box 5202
Greenville, TX 75403-5202

US Department of Education
Post Office Box 13328
Richmond, VA 23225-0328

US Department of Education
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

USAA Federal Savings Bank
Post Office Box 33009
San Antonio, TX 78265

Valentine & Kebartas, Inc.
Post Office Box 325
Lawrence, MA 01842

Vector Security
70 East Business Park
131 US 70 East
Garner, NC 27529

Veterans Administration
Regional Office
251 North Main Street
Winston-Salem, NC 27155

WalMart
Post Office Box 981400
El Paso, TX 79998

Wells Fargo Financial Cards
3201 North 4th Avenue
Sioux Falls, SD 57104